KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRINA OLMEZOVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID N. STILL, District Director,<br>U.S. Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security;<br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigation,<br><br>　　　　Defendants. | Case No. 06-7700 CRB<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE; AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action. If USCIS does not adjudicate the plaintiff's application for naturalization within 30 days, the parties' agree that the plaintiff may re-file her action in district court.

Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C06-7700 CRB                                       1

1 | Date: February ___, 2007                    Respectfully submitted,

2                                                KEVIN V. RYAN
                                                 United States Attorney
3

4

5                                                EDWARD A. OLSEN
                                                 Assistant United States Attorney
6                                                Attorneys for Defendants

7

8

9 | Date: February ___, 2007                    _See fax Signature_
                                                 MARTIN J. LAWLER
10                                               Attorney for Plaintiff

11

12

13                                     **ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date:                                       _____
                                                 CHARLES R. BREYER
17                                               United States District Judge

Stip. to Dismiss
C06-7700 CRB                           2

| | |
|---|---|
| 1   Date: February ___, 2007 | Respectfully submitted, |
| 2 | KEVIN V. RYAN |
| 3 | United States Attorney |
| 5 | EDWARD A. OLSEN |
| 6 | Assistant United States Attorney |
|   | Attorneys for Defendants |
| 9   Date: February  7 , 2007 | *(signature)* |
| 10 | MARTIN J. LAWLER |
|    | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 12, 2007

CHARLES R. BREYER
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED
Judge Charles R. Breyer

Stip. to Dismiss
C06-7700 CRB

2

TOTAL P.03